**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In Re:

MICHAEL BELTRAMO,

               Debtor.               Case No. 7 05-18105-MA

**DEFAULT ORDER ON DEBTOR'S MOTION FOR TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON CERTAIN PROPERTY OF THE ESTATE**

THIS MATTER, having come before the Court upon Debtor's Motion to Compel the Chapter 7 Trustee to abandon certain property fo the estate, the Debtor Michael Beltramo, appearing by and through his counsel, Law Offices of Ron Holmes (Ron Holmes), and the Court having been fully informed in the premises FINDS:

1. Debtor filed a Chapter 7 Bankruptcy on September 23, 2005.

2. Debtor filed his Motion to Compel the Trustee to Abandon property of the estate on February 20, 2007.

3. Debtor served the notice of deadline for filing objections to all parties in interest on February 20, 2007. The deadline for filing objections to Debtor's Motion expired on March 15, 2007.

4. No objections have been filed.

5. Debtor is the record owner of multiple pieces of real property, to wit:

    i.    2109 La Veta NE, Albuquerque, NM  - value of approx. $100,000.00 with debt of $92,639.67 as of Petition date.

ii. 2120 La Veta NE, Albuquerque, NM - value of approx. $130,000.00 with debt of $115,917.00 as of Petition date.

iii. 4822 Commanche NE, Albuquerque, NM - value of approx. $115,000.00 with debt of $97,261.00 as of Petition date.

iv. 1721 Figueroa NE, Albuquerque, NM (Debtor's residence) - value of approx. $145,500.00 with debt of $142,347.00 as of the Petition date

6. Debtor's Motion to abandon the above described property is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the Trustee is hereby deem to have abandoned the below described properties. Upon entry of this order, the below properties are deemed to no longer be part of the bankruptcy estate.

i. 2109 La Veta NE, Albuquerque, NM

ii. 2120 La Veta NE, Albuquerque, NM

iii. 4822 Commanche NE, Albuquerque, NM

iv. 1721 Figueroa NE, Albuquerque, NM (Debtor's residence)

Upon entry of this order, the above properties are deemed to no longer be part of the bankruptcy estate.

IT IS SO ORDERED.

_____
HONORABLE MARK B. MCFEELEY
UNITED STATES BANKRUPTCY JUDGE

2

Respectfully submitted,

**LAW OFFICES OF RON HOLMES**

 /s/ submitted by email 3-16-07
By Ron Holmes
Attorney For Debtor
112 Edith NE
Albuquerque, NM 87102
(505) 268-3999/268-3939 Fax


Parties entitled to notice:

Phillip Montoya
Chapter 7 Trustee
P.O. Box 159
Albuquerque, NM 87103-0159

U.S. Trustee
P.O. Box 608
Albuquerque, NM 87102

3